UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID D. HALL, | Case No. 1:18 CV 1999 |
| | JUDGE DONALD C. NUGENT |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| MADISON TOWNSHIP POLICE DEPARTMENT, et al., | |
| Defendants. | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __December 6, 2018____